IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:18CR73-03
)
Andrew C. Hess )

## ORDER TERMINATING PROBATION

The above named was placed on Probation on April 10, 2019, for a period of 3 years. Based on good cause shown, it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case are terminated.

Dated this 24 day of May, 2021

_____
United States District Judge